**DOLL AMIR & ELEY LLP**
RONALD M. ST. MARIE (SBN 101398)
rstmarie@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel: 310.557.9100
Fax: 310.557.9101

JS-6

Attorneys for Defendants,
J.M. Pearson, M.D., Inc., a California corporation; James M. Pearson, an individual

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEARSON FACIAL PLASTIC SURGERY, P.A., a Florida professional association,<br><br>Plaintiff,<br><br>v.<br><br>J.M. PEARSON, M.D., INC., a California corporation; JAMES M. PEARSON, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 13-03440-SJO (Ex)<br><br>*Assigned to Courtroom 1*<br>*The Hon. S. James Otero*<br><br>STIPULATION RE PERMANENT INJUNCTION AND ORDER THEREON<br><br>Complaint filed:   May 14, 2013 |

**STIPULATION**

It is hereby stipulated by and among plaintiff Pearson Facial Plastic Surgery, P.A. ("PFPS") and defendants J.M. Pearson, M.D., Inc. and James M. Pearson (jointly "JMP"), in accordance with their Settlement Agreement and Release entered into on March 21, 2014, a copy of which is attached and incorporated by reference as if fully t forth herein, that the following Permanent Injunction against JMP be entered by the Court without further notice or process:

1. JMP and each of them stipulate that they, along with their agents, servants, employees, representatives, successors, and assigns, and all those persons acting at his direction or control, shall be and hereby are PERMANENTLY ENJOINED and RESTRAINED from:

    a. Using either (a) the four-word combination "PEARSON FACIAL PLASTIC SURGERY," or (b) the five-word combination "DR. PEARSON FACIAL PLASTIC SURGERY" (jointly, the "Prohibited Marks") as a service mark, trademark, or trade name.

    b. However, the use by JMP of either of the following designations is not enjoined and restrained hereunder:

        i. the six-word combination "Dr. James Pearson Facial Plastic Surgery," so long as (i) "Pearson Facial Plastic Surgery," is immediately preceded by "Dr. James"; (ii) there is a substantially equal amount of space appearing between each word in the phrase; and (iii) "Dr. James" appears in substantially the same size or larger than the term "Pearson"; or

        ii. the combination "Pearson Facial Plastic Surgery," so long as (i) immediately preceded by two other words; (ii) there is a substantially equal amount of space appearing between each word when used in text; and (iii) the two other words appear in substantially the same size or larger than the term "Pearson."

2. The Court shall retain jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and/or enforce the provisions of this Permanent Injunction and the terms of Settlement Agreement and Release.

**IT IS SO STIPULATED.**

DATED: March 21, 2014                    PATEL & ALMEIDA, P.C.

By:  /Alex D. Patel/
     Alex D. Patel
Attorneys for Plaintiff,
PEARSON FACIAL PLASTIC SURGERY, P.A.

DATED: March 21, 2014                    DOLL AMIR & ELEY LLP

By:  /Ronald M. St. Marie/
     Ronald M. St. Marie
Attorneys for Defendants,
J.M. PEARSON, M.D., INC. and JAMES M. PEARSON

**ORDER**

**IT IS SO ORDERED.**

DATED: April 9, 2014.

*S. James Otero*

------------------------------------------
The Honorable S. James Otero
United States District Judge

3
STIPULATION RE PERMANENT INJUNCTION AND ORDER THEREON